March 20, 1981.

433 A.2d 136

Bishop et al. v. Duquesne Brewing Co., et al., Appellant.
Petition for Allowance of Appeal Denied July 31, 1981.

Argued November 16, 1979. Richard I. Thomas, for appellants; Foster S. Goldman, Jr., for appellees.

Before CERCONE, P. J., and MONTGOMERY and LIPEZ, JJ.

Order affirmed.